IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY SMITH,<br>    Plaintiff, | Civil Action No. 3:14-cv-1340 |
| v. | (Judge Mariani) |
| THOMAS, et al.,<br>    Defendants. | |

---

| | |
|---|---|
| JEREMY SMITH,<br>    Plaintiff, | Civil Action No. 3:14-cv-1778 |
| v. | (Judge Mariani) |
| SAMUELS, et al.,<br>    Defendants. | |

FILED
SCRANTON
NOV - 4 2014
PER _____ /s/ _____
DEPUTY CLERK

## ORDER

**NOW**, this _4th_ day of ~~October~~ *November*, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Clerk of Court is directed to **CONSOLIDATE** the cases docketed at Civil Action Number 3:14-cv-1340 and Civil Action Number 3:14-cv-1778 into Civil Action Number 3:14-cv-1340; and to **CLOSE** Civil Action Number 3:14-cv-1778.

2. The Clerk of Court is directed to **DOCKET** the complaint filed in Civil Action Number 3:14-cv-1778, (Doc. 1), as a second amended complaint in Civil Action Number 3:14-cv-1430.

3. The Clerk of Court is directed to **ADD** Defendant R. Marr as a party to this action.

4. The United States Marshal is directed to serve Plaintiff's second amended

complaint on the newly named Defendant: R. Marr, Unit Counselor at USP-Lewisburg.

5. Defendants Nurse S. Dees; Nurse Alicia Scrunover; EMPT Fairinger; Medical Doctor Allen Edinger; Lieutenant J. Sherman; Lieutenant Scott; Lieutenant Sailor; Lieutenant N. Carpet; and, three (3) unknown Lieutenants at USP-Lewisburg are **DISMISSED with prejudice**.

6. Plaintiff's motion for leave to proceed *in forma pauperis* filed in Civil Action Number 3:14-cv-1778, (Doc. 9), is **GRANTED** for the sole purpose of filing the action.

7. Plaintiff's motion to compel discovery filed in Civil Action Number 3:14-cv-1778, (Doc. 4), is **DISMISSED as moot**.

_____
Robert D. Mariani
United States District Judge