IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY SMITH,
    Plaintiff,

v.

THOMAS, et al.,
    Defendants.

Civil Action No. 3:14-cv-1340

(Judge Mariani)

## ORDER

**AND NOW**, this 30th day of September, 2015, upon consideration of Defendants' motion (Doc. 36) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 36) to dismiss the complaint for failure to exhaust administrative remedies is **GRANTED**.

2. The complaint against C. Johnson, J. Cardonas, and Fisher is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

3. All other pending motions are **DISMISSED**. (Docs. 40, 44).

4. The Clerk of Court is directed to **CLOSE** this action.

5. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge